IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| **JOHN DIEDRICH IGOE,** individually and on behalf of all others similarly situated, *Plaintiffs* v. **FAMILY VENTURES 1 LLC ET AL.** *Defendants*. | Case No. 2:20-cv-1123-DCN Jury Demanded |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff John Diedrich Igoe, by and through the undersigned counsel and pursuant to F. R. C. P. 41(a)(1)(A)(i), hereby dismisses his claims against Defendants Family Ventures 1 LLC and Kerri-Lea Hayman without prejudice.

**RESPECTFULLY SUBMITTED**,

/s/ *Jake Modla*
**Jake Modla** (Bar. No: 12639)
The Law Offices of Jason E. Taylor P.C.
454 S Anderson Rd., Suite 303
Rock Hill, SC 29730
Telephone: 803328-0898
jmodla@jasontaylor.com

**FORESTER HAYNIE PLLC**
**J. FORESTER**
Texas Bar No. 24087532
400 N. St. Paul Street, Suite 700
Dallas, Texas 75201
(214) 210-2100 phone
(214) 346-5909 fax
jay@foresterhaynie.com

**ATTORNEYS FOR PLAINTIFFS**

2

**CERTIFICATE OF SERVICE**

      The foregoing document will be served on all Parties in accordance with the Federal Rules of Civil Procedure.

                                    /s/ *Jake Modla*
                                    **Jake Modla**